**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricardo Marquez, et al., | No. CIV 06-2857-PHX-SMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| TIG Insurance Company, et al., | |
| Defendants. | |

Having considered the request of Defendant TIG Insurance Company to allow its party representative to appear telephonically at the Rule 16 Preliminary Pretrial Conference on **April 10, 2007, at 4:00 p.m.** before this Court [Dkt. 14], and for good cause shown,

**IT IS ORDERED** that Defendant TIG Insurance Company's out-of-state party representative may appear telephonically at the April 10th Rule 16 Conference. Defendant's representative shall call the Court on a clear telephone line at **3:55 p.m.** Mountain Standard Time at 602-322-7555.

DATED this 29th day of March, 2007.

Stephen M. McNamee
United States District Judge