**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ricardo Marquez, et al., | ) | No. CIV 06-2857-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| TIG Insurance Co., et al., | ) | |
| Defendants. | ) | |

On September 7, 2007, the parties filed a Notice of Settlement with the Court. [Doc. No. 36]  Accordingly,

**IT IS ORDERED** that the Court will conduct a Status Hearing in this matter on **Thursday, October 25, 2007, at 4:30 p.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the parties have 30 days from the date of this Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the Status Hearing will be vacated.

DATED this 10th day of September, 2007.

Stephen M. McNamee
United States District Judge