**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ricardo Marquez, et al., | ) | No. CV-06-2857-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| TIG Insurance Company, et al., | ) | |
| Defendants. | ) | |

Pursuant to stipulation of Plaintiff Sergio Mendivil and Defendant TIG Insurance Company (Dkt. 38), and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff Sergio Mendivil's claims against TIG are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

DATED this 21st day of September, 2007.

Stephen M. McNamee
United States District Judge