**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricardo Marquez, et al., | No. CV-06-2857-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| TIG Insurance Company, et al., | |
| Defendants. | |

Pursuant to stipulation of Plaintiff Victoria Gates and Defendant TIG Insurance Company (Dkt. 40), and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff Victoria Gates' claims against TIG are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

DATED this 26th day of September, 2007.

Stephen M. McNamee
United States District Judge