**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricardo Marquez, et al., ) | No. CV-06-2857-PHX-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| TIG Insurance Company, et al., ) | |
| Defendants. ) | |

Pursuant to stipulation of Plaintiff Maria Luisa Gates and Defendant TIG Insurance Company (Dkt. 42), and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff Maria Luisa Gates's claims against Defendant TIG are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

DATED this 11th day of October, 2007.

Stephen M. McNamee
United States District Judge