**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricardo Marquez, et al., ) | No. CV-06-2857-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| TIG Insurance Company, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to stipulation of Plaintiffs Ricardo Marquez, Bertha Gonzales, Angeline Marquez, David Marquez, Dani Marquez, Alice Marquez, Maria Guadalupe Benitez Velazquez, Jennifer Benitez Velazquez, and Kevin Mendez Benitez, and Defendant TIG Insurance Company (Dkt. 44), and for good cause shown,

**IT IS HEREBY ORDERED** that the above-named Plaintiffs' claims against Defendant TIG are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that this Order reflects the final settlement and disposes of all claims presented in this lawsuit. The status conference scheduled for Thursday, October 25 at 4:30 p.m. is accordingly vacated, and the Clerk is directed to terminate this matter.

DATED this 24th day of October, 2007.

Stephen M. McNamee
United States District Judge